In the Matter of the Application of EMANUEL KIND, Respondent, to Punish HENRY GOTTLIEB, Appellant, et al., as for a Contempt of Court.

*Matter of Kind* v. *Gottlieb,* 60 App. Div. 630, appeal dismissed.
(Argued June 6, 1901; decided October 1, 1901.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 17, 1901, which affirmed an order of Special Term denying a

motion to open a default and to set aside and vacate an order adjudging the appellant herein and certain others in default and punishing them therefor.

*John Laughlin* and *H. J. Morris* for appellant.

*Mortimer M. Menken* for respondent.

Appeal dismissed, with costs ; no opinion.
Concur: PARKER, Ch. J., BARTLETT, HAIGHT, VANN, LANDON, CULLEN and WERNER, JJ.